### ROY WHITE V. THE STATE.

No. 19282. Delivered January 12, 1938.

The opinion states the case.

*Ben F. Cone,* of Luling, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

No error having been perceived or pointed out, the judgment is affirmed.

*Affirmed.*